IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 28 2012

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 8:12mj200 |
| Plaintiff, | ) 8:11M200 |
| | ) |
| vs. | ) ORDER TO DISMISS |
| | ) CRIMINAL COMPLAINT |
| ENRIQUETA CARMEN BATIZ, | ) PURSUANT TO RULE 48(a) |
| | ) |
| Defendant | ) |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Complaint regarding Defendant, ENRIQUETA CARMEN BATIZ, pursuant to Motion of the United States (Filing No. 14).

DATED this _28_ day of August 2012.

BY THE COURT:

_____
F. A. GOSSETT
United States Magistrate Judge